**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 107 EAL 2022

         Respondent            :

                                   :   Petition for Allowance of Appeal

                                   :   from the Order of the Superior Court

        v.                      :

                                   :

JUAN NAVARRO,                 :

                                   :

         Petitioner              :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2022, the Petition for Allowance of Appeal is **DENIED**.